**FILED**
August 28, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0301 DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
SIERRA RODRIGUEZ, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SIERRA RODRIGUEZ, Case No. MAG. 08-0301 DAD, Charge Title 18 USC §§ 2232; 1001, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

X  Bail Posted in the Sum of $ 25,000.00

  X  Unsecured Appearance Bond, co-signed by mother.

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

  X  (Other) _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 28, 2008  at  3:25  pm.

By _____
Dale A. Drozd
United States Magistrate Judge